# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.:  19-cv-01094-JLK

DAVID WHITE, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

SNAP SHOT ROOFING AND GUTTERS, LLC, a Colorado limited liability company, and JIMMY LEE TWISS, an individual,

    Defendants.

## DEFAULT JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the Order Granting Plaintiff's Motion For Default Judgment (Doc. No. 15) of Judge John L. Kane entered on 7/25/19, it is

ORDERED that Plaintiff's Motion For Default Judgment (Doc. No. 10) is GRANTED.  It is

FURTHER ORDERED that default judgment is hereby entered in favor of Plaintiff David White and against Defendants Snap Shot Roofing And Gutters, LLC, and Jimmy Lee Twiss in the total amount of $ 37,927.71, jointly and severally.  It is

FURTHER ORDERED that post-judgment interest shall accrue on the amounts awarded in this matter at the legal rate of 1.95% per annum from the date of entry of judgment.  It is

FURTHER ORDERED that Plaintiff is awarded post-judgment interest at the

statutory rate.

       Dated at Denver, Colorado this 26th day of July, 2019.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                      By:  s/   B. Abiakam

                                  B. Abiakam
                                  Deputy Clerk